# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSIE HOFFMAN

VERSUS

GARY WESTCOTT, SECRETARY,
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2025 CW 0277

**MARCH 18, 2025**

---

In Re:    Jessie Hoffman, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          760373.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT